

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2021

No. 04-21-00105-CV

Troy **STEVENS** d/b/a Real Estate Workshop, Cory Wadsworth, and MJ Augie Bove,
Appellants

v.

Cory **SMITH**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2019CV09409
Honorable David J. Rodriguez, Judge Presiding

### ORDER

In accordance with this court's memorandum opinion, this appeal is DISMISSED FOR LACK OF JURISDICTION. Appellants' motion for extension of time to file their brief is DISMISSED AS MOOT.

IT IS ORDERED that Appellee Cory Smith recover his costs on appeal from Appellants Troy Stevens d/b/a Real Estate Workshop, Cory Wadsworth, and MJ Augie Bove.

It is so **ORDERED** on September 22, 2021.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2021.

_____
Michael A. Cruz, Clerk of Court